**PLAINTIFF'S STATUS UPDATE AND REQUEST FOR RELIEF**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOCELIN DROUGBA,

Plaintiff,

## MEMORANDUM ENDORSED

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Case No.: 25-CV-09789 (JLR)

To the Honorable Judge Jennifer H. Rearden:

I, Jocelin Drougba, Plaintiff pro se, respectfully submit this status update regarding the above-captioned Mandamus action.

On February 25, 2026, I appeared for my I-751 interview at the USCIS New York Field Office (26 Federal Plaza). During the interview, I provided extensive documentary evidence establishing the bona fide nature of my marriage, including federal tax returns, utility bills (electricity, Spectrum WiFi, T-Mobile), and life insurance documentation.

Additionally, I submitted a certified police report and corresponding court disposition confirming that the matter was dismissed. I fully and transparently addressed all questions concerning my personal and family history.

At the conclusion of the interview, the adjudicating officer expressly confirmed that no additional evidence or documentation was required from me. I was issued a written notice stating that the case is "held for review."

Accordingly, the administrative record is now complete. There are no outstanding requests for evidence, no pending background issues raised during the interview, and no articulated deficiencies in my submission. Plaintiff respectfully submits that the completion of the interview moots any basis for further delay.

This petition has now been pending for an extended and unreasonable period. Further delay would serve no legitimate administrative purpose and would continue to prejudice Plaintiff by prolonging uncertainty and restricting the full exercise of immigration benefits.

The Defendants' response deadline is March 9, 2026. Given that the agency has completed the interview and confirmed that no additional evidence is required, any further request for extension would be unwarranted and unsupported by good cause.

For these reasons, Plaintiff respectfully requests that:

      1.      The Court maintain jurisdiction over this matter;

      2.      The Court deny any further extension requests; and

      3.      The Court order Defendants to render a final adjudication within fourteen (14) days.

Respectfully submitted,

Executed on: February 27th, 2026

New York, New York

Jocelin Drougba

Plaintiff, Pro Se

Address: 650 W 177TH ST, APT 33

New York, NY 10033

Phone: 646-215-1516

Email: jossdrougba@gmail.com

With plaintiff's consent, the Court has already permitted the Government until March 9, 2026, to respond to the petition. Accordingly, the Court will await the Government's response on that date. Additionally, the Government should file a letter in response to this letter on that date.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 3, 2026